# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. PIERCE DIVISION

**LEONARD T. WESTPHAL,**                              **CASE NO.: 0:08-cv-14438-KMM**

                    **Plaintiff,**

**vs.**

**PIZZA HUT OF AMERICA, INC., a**
**Foreign corporation, d/b/a Pizza Hut #676003,**

                    **Defendant.**
_____/

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, LEONARD T. WESTPHAL and Defendant, PIZZA

HUT OF AMERICA, INC., a foreign corporation d/b/a Pizza Hut #676003, by and

through the undersigned counsel and hereby notice this Honorable Court of their

Voluntary Dismissal With Prejudice for the above-styled cause.


Dated:  September 17, 2009                              Respectfully submitted,


By:  s/ Stephan M. Nitz                                By:  Angelique Groza Lyons
Stephan M. Nitz                                        Angelique Groza Lyons
Florida Bar No:  45561                                 Florida Bar No: 118801
Schwartz, Zweben, LLP                                  Constangy, Brooks & Smith, LLC
3876 Sheridan Street                                   100 North Tampa Street. #3350
Hollywood, FL  33021                                   P.O. Box 1840
Attorneys for Plaintiff                                Tampa, FL  33601-1840
954-966-2483 – Telephone                               813-223-7166 -- Telephone
954-966-2566 – Facsimile                               813-223-2515  -- Facsimile
snitz@szalaw.com                                       alyons@constangy.com


1